UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PEDRO CREACHE GAINZA,

Petitioner,

v.

CURTIS J. ALJETS, INS,

Respondent .

Civil No. 01-390 (JRT/ESS)

**ORDER**

---

Petitioner, a prisoner at the Minnesota Correctional Facility in Rush City, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Docket Nos. 1 and 2.) However, Petitioner's habeas corpus application does not conform to the requirements of Rule 2(c) of The Rules Governing Section 2254 Cases in the United States Districts Courts,[1] because it has not been signed under penalty of perjury.

Because Petitioner has not complied with the applicable Rules, his petition will be returned to him pursuant to Rule 2(e).[2] Petitioner will be allowed to file an amended petition, but if he does so, he will have to (i) use the prescribed form, (ii) complete the form accurately and completely, (iii) sign the petition under penalty of perjury.

If Petitioner does not file an amended petition by March 30, 2001, he will be deemed to have abandoned this action, and it will be recommended that the action be dismissed

---

[1] Although Petitioner is seeking relief under 28 U.S.C. § 2241, the Rules Governing Section 2254 Cases may still be applied to his petition. See Rule 1(b).

[2] Rule 2(e) provides that "[i]f a petition received by the clerk of a district court does not substantially comply with the requirements of rule 2 or rule 3, it may be returned to the petitioner, if a judge of the court so directs, together with a statement of the reason for its return."

MAR 08 2001

without prejudice. Fed. R. Civ. P. 41(b).

IT IS THEREFORE ORDERED THAT:

(1) Pursuant to Rule 2(e) of The Rules Governing Section 2254 Cases in the United States Districts Courts, the Clerk of Court shall return the original habeas corpus petition documents, (Docket Nos. 1 and 2), to Petitioner, and also send him a blank copy of the habeas corpus petition form that is to be used in this District for actions brought under 28 U.S.C. § 2241.

(2) The Clerk shall retain a copy of the original petition documents in the Court file, as required by Rule 2(e).

(3) Petitioner shall have until March 30, 2001, to file an entirely new petition to be captioned "AMENDED PETITION," which shall (a) be submitted on the proper form, (b) set forth, accurately and completely, all of the information that is required by that form and the Rules of this Court, and (c) be signed by Petitioner under penalty of perjury.

(4) If Petitioner fails to comply with the requirements of this Order within the time allowed, it will be recommended that this action be summarily dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b).

Dated: March 7, 2001

E.S. SWEARINGEN
United States Magistrate Judge