**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

PEDRO CREACHE GAINZA,

Plaintiff,

v.

CURTIS J. ALJETS, INS.,

Defendant.

Civil No. 01-390 (JRT/ESS)

**REPORT AND RECOMMENDATION**

---

Petitioner, a prisoner at the Minnesota Correctional Facility in Rush City, Minnesota, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. See Docket Nos. 1 and 2. Because Petitioner failed to sign his habeas corpus application under penalty of perjury, the Court ordered Petitioner to submit by March 30, 2001, an amended petition that complies with the Rules of this Court and is signed under penalty of perjury. See Order dated March 7, 2001, Docket No. 3.[1] That order warned Petitioner that if he failed to file an amended petition by March 30, 2001, "he will be deemed to have abandoned this action, and it will be recommended that the action be dismissed without prejudice." Id.

Petitioner has not responded to the Court's March 7 Order within the time allowed. Therefore, based on the Court's order and Petitioner's failure to respond to that order, the present action should be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b) (actions may be dismissed for failure to comply with court orders); Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases").

[1] The Court also ordered that the original petition be returned to Petitioner and that he be sent a blank copy of the habeas corpus petition form that is to be used in this District for actions brought under 28 U.S.C. § 2241. Order dated March 7, 2001, Docket No. 3.

FILED APR 10 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Therefore, based on the foregoing, **IT IS HEREBY RECOMMENDED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] be **DISMISSED WITHOUT PREJUDICE**.

Dated: April 9, 2001

E. S. SWEARINGEN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of the Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations, or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.